## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

SARA ELEANOR LONGIELIERE,

v.                                          5:25-cv-169-NPM

COMMISSIONER OF SOCIAL SECURITY,

---

### ORDER

The parties consented to proceed before a magistrate judge for all proceedings (Doc. 1), and currently before the court is an unopposed motion for entry of judgment with remand (Doc. 15). The Commissioner of Social Security seeks remand for further administrative proceedings.

Accordingly, the unopposed motion for entry of judgment with remand (Doc. 15) is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further administrative proceedings. If plaintiff prevails in this action on remand, plaintiff must comply with the order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk is **directed** to enter judgment accordingly, terminate all scheduled events, and close the case.

**ORDERED** on June 25, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge